# EXHIBIT #1



**CT Corporation**
**Service of Process Notification**
10/18/2024
CT Log Number 547572468

## Service of Process Transmittal Summary

**TO:** MPC Service of Process
Marathon Petroleum Company LP
539 S Main St
Findlay, OH 45840-3229

**RE:** **Process Served in Michigan**

**FOR:** Marathon Petroleum Company LP  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: NURGUL MUKHAMEDINA // To: Marathon Petroleum Company LP |
| **CASE #:** | 24011277CD |
| **NATURE OF ACTION:** | Employee Litigation - Harassment |
| **PROCESS SERVED ON:** | The Corporation Company, Plymouth, MI |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/18/2024 at 16:06 |
| **JURISDICTION SERVED:** | Michigan |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  MPC Service of Process   MPCServiceofProcess@marathonpetroleum.com |
| **REGISTERED AGENT CONTACT:** | The Corporation Company
40600 Ann Arbor Road E
Suite 201
Plymouth, MI 48170
877-564-7529
MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Oct 18, 2024
**Server Name:** Drop Service

| Entity Served | MARATHON PETROLEUM COMPANY LP |
|---|---|
| Case Number | 24-011277-CD |
| Jurisdiction | MI |

| Inserts | | |
|---|---|---|
|  |  |  |



| | Original - Court<br>1st Copy- Defendant | 2nd Copy - Plaintiff<br>3rd Copy -Return |
|---|---|---|
| **STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY** | **SUMMONS** | **CASE NO.**<br>24-011277-CD<br>Hon.Annette J. Berry |

Court telephone no.: 313-224-4679

| **Plaintiff's name(s), address(es), and telephone no(s)**<br>Nurgul, Mukhamedina | v | **Defendant's name(s), addresses(es), and telephone no(s).**<br>Marathon Petroleum Company LP |
|---|---|---|
| **Plaintiff's attorney, bar no., address, and telephone no**<br>Mukhamedina Nurgul<br>1861 North Arbor Way Dr apt.25<br>Canton, MI 48188 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>8/2/2024 | Expiration date*<br>11/1/2024 | Court clerk<br>Twyonna Adams |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)    **SUMMONS**    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



| | |
|---|---|
| | **SUMMONS** Case No.: **24-011277-CD** |

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the addressee(copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| | |
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with

_____ on _____
Attachments (if any)                                         Date and time

_____ on behalf of _____.
Signature

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

NURGUL MUKHAMEDINA,

                Plaintiff,                      Case No. 24-   -CD

v.                                                        Hon.

MARATHON PETROLEUM COMPANY, LP,

                Defendant.

_____/

Nurgul Mukhamedina, In Pro Per
1861 N. Arbor Way Dr., Apt. 25
Canton, MI 48188
(734)358-7263
nurgul@umich.edu

_____/

*There has been no prior action arising out of the
transaction or occurrence alleged in this Complaint*

## COMPLAINT

Nurgul Mukhamedina hereby complains against Defendant Marathon Petroleum Company, LP and in support states:

1. Nurgul Mukhamedina is a resident of the Township of Canton, Wayne County, Michigan.

2. Defendant Marathon Petroleum Company, LP ("Marathon") is a foreign corporation that conducts systematic and continuous business in Wayne County, Michigan.

3. The amount in controversy exceeds Twenty-Five Thousand and 00/100 ($25,000.00) Dollars.

## GENERAL ALLEGATIONS

4. Plaintiff was hired by Marathon in February 2020 as a Refinery Operator Trainee.

5. After several months, she was assigned to Complex 1 at the Detroit refinery plant.

1

6. For approximately one year, she was designated as trainee employment status; in March 2021, she was designated as a fully qualified employee.
7. From approximately September 2020 through approximately August 2021, employees of Marathon subjected Plaintiff to unwelcome sexual harassment, including cat-calling, sexual innuendos, unwanted touching, sexual noises and offensive rumor mongering.
8. In 2021, Plaintiff reported and complained about the sexual harassment to Marathon's human resources representative.
9. Marathon did not take Plaintiff's complaints of sexual harassment seriously and dismissed her complaints with little to no investigation.
10. Plaintiff asked another Marathon employee, Jeff Howell, who is also a representative of Plaintiff's labor union, why Marathon dismissed her sexual harassment complaint, Howell replied that it was because there was a list of "things you have lied about", referring to Plaintiff's complaints about sexual harassment.
11. Shortly thereafter, a Marathon employee made a report to the company's Anonymous Integrity Hot Line and made the false accusation that Plaintiff was having a sexual affair with her shift foreman.
12. This accusation was false and defamatory and was simply designed to get Plaintiff discharged for making her initial complaints of sexual harassment.
13. This complaint, unlike Plaintiff's initial complaint, was taken seriously, and the human resources department, including the HR Manager, fully investigated the false, anonymous claim.
14. The Shift Foreman then instructed Plaintiff to go to a meeting with the Operations Manager and the HR Manager.

15. During that meeting, Plaintiff again complained about the previous sexual harassment that she had been suffering in Complex 1 from her male counterparts, the generally toxic environment, and the fact that her male counterparts were refusing to train her.

16. Following that HR meeting, Plaintiff's Shift Foreman confronted Plaintiff and accused Plaintiff of making the sexual harassment complaint only to "get back at them", referring to Plaintiff's male co-workers in Complex 1; the Shift Foreman further confronted Plaintiff, this time stating that she was "f----ing him over" by complaining about sexual harassment.

17. In the weeks and months following that interaction, Plaintiff was subjected to intimidation, bullying and a generally hostile work environment.

18. Plaintiff reported to Marathon's human resources representatives that she was suffering retaliation from her supervisors and her co-workers as a result of her sexual harassment complaints; Defendant took no action regarding Plaintiff's complaints of retaliation.

19. In fact, both the Operations Manager and the HR Director instructed Plaintiff to stop bringing her complaints of retaliation to human resources.

20. Plaintiff then learned that the Day Foreman had sent an email to all shift foremen that Plaintiff was the one to blame for everything that had occurred in Complex 1; the Day Foreman also stated on other occasions that Plaintiff was "lying" about her sexual harassment experience at Marathon.

21. Instead of investigating and remedying the sexual harassment and retaliation that Plaintiff was suffering, Marathon suspended her for three days without pay.

22. Further, on August 4, 2021, Marathon transferred Plaintiff from Complex 1 to Complex 5.

23. Complex 5 field work requires much more difficult physical work which was nearly impossible for Plaintiff to complete.

24. One of the labor union officers commented to her that she was transferred to Complex 5 in order to get her to quit her job due to the very difficult physical work required.

25. Further, the transfer to Complex 5 caused Plaintiff to lose overtime opportunities and also caused her to lose compensation in the form of bonus payments; further, the involuntary transfer to Complex 5 resulted in Plaintiff losing the opportunity to work with Marathon's Emergency Response Team (ERT), which would have resulted in additional yearly income of $15,000.00.

## COUNT I
## VIOLATION OF ELLIOTT LARSEN CIVIL RIGHTS ACT
## RETALIATION

26. Plaintiff hereby incorporates by reference all previous paragraphs of this Complaint as if fully set forth herein.

27. Plaintiff engaged in protected activity when she made multiple complaints to Marathon about being the victim of sexual harassment and retaliation.

28. Plaintiff then suffered adverse employment actions in the form of: suspension, involuntary transfer to a different complex with more physically demanding work, loss of overtime pay, loss of bonus payments and loss of eligibility for Marathon's ERT.

29. There is a causal connection between the protected activities and the adverse employment actions.

30. As a direct and proximate result of Defendant's violation of the Elliott Larsen Civil Rights Act, Plaintiff suffered damages, including but not limited to: lost past and future wages, lost past and future employment benefits, loss of earning capacity, loss of promotional opportunities that were available in Complex 1, and severe emotional distress.

WHEREFORE, Plaintiff Nurgul Mukhamedina prays that this Honorable Court enter a judgment in her favor against Defendant Marathon Petroleum LP in an amount in excess of Twenty-Five Thousand and 00/100 ($25,000.00) Dollars that this Court deems fair and just, plus costs, interest and attorney fees.

*/s/ Nurgul Mukhamedina*
Nurgul Mukhamedina, In Pro Per

Dated: August 2, 2024

STATE OF MICHIGAN

IN THE COURT FOR THE COUNTY OF WAYNE

NURGUL MUKHAMEDINA,    Case No. 24-   -CD
                                           Hon.
    Plaintiff,

v

MARATHON PETROLEUM COMPANY, LP,

    Defendant.
_____/

Nurgul Mukhamedina, In Pro Per
1861 N. Arbor Way Dr., Apt. 25
Canton, MI 48188
(734) 358-7263
nurgul@umich.edu

_____/

## JURY DEMAND

Plaintiff, Nurgul Mukhamedina, In Pro Per, demands a trial by jury in the above-entitled action.

                          Respectfully submitted,

                          */s/ Nurgul Mukhamedina*
                          Nurgul Mukhamedina, In Pro Per

Dated: August 2, 2024