# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICIHGAN
# SOUTHERN DIVISION

| | |
|---|---|
| NURGUL MUKHAMEDINA, | Case No.: 24-cv-12974 |
| Plaintiff, | Hon. Judge: F. Kay Behm |
| vs. | Magistrate Judge: Elizabeth A. Stafford |
| MARATHON PETROLEUM COMPANY, LP, | |
| Defendant. | |

## STIPULATED ORDER EXTENDING TIME FOR PLAINTIFF *PRO SE* NURGUL MUKHAMEDINA TO SERVE HER RESPONSES TO DEFENDANT'S JANUARY 8, 2025 DISCOVERY REQUESTS

It being stipulated to between the parties, through their respective counsel, and the Court otherwise being fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff Pro Se Nurgul Mukhamedina shall have until Friday, April 4, 2025 to serve her responses and any objections to Defendant's discovery requests.

IT IS SO ORDERED.

                                                                       s/Elizabeth A. Stafford_____
                                                                       ELIZABETH A. STAFFORD

Dated: March 31, 2025

**Stipulated and agreed to for entry:**

**Federal Pro Se Legal Assistance Clinic**
By: /s/Barbara A. Patek
Barbara A. Patek (P34666)
In her Capacity as Director,
Federal Pro Se Legal Assistance Clinic for *Pro Se* Plaintiff
Nurgul Mukhadena (per limited appearance)
Tel: 313-234-2690
Clinic Cell: 313-300-4394
Email: proseclinic@udmercy.edu

/s/Michelle Walsh (w/perm)

Jaclyn R. Giffen (P75316)
Michelle Shember Walsh (P83790)
*Attorneys for Defendant*
LITTLER MENDELSON, P.C.
500 Woodward Ave
Ste 2600
Detroit, MI  48226
Telephone: 313.446.6400,
Facsimile:  313.446.6405
Email: jgiffen@littler.com mswalsh@littler.com

March 28, 2025