# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

NURGUL MUKHAMEDINA,

    Plaintiff,

vs.

MARATHON PETROLEUM COMPANY, LP,

    Defendant.

Case No.: 24-cv-12974

Hon: F. Kay Behm

Magistrate Judge: Elizabeth A. Stafford

---

Nurgul Mukhamedina, *In Pro Per*
nurgul@umich.edu
815 Dwight St.,
Ypsilanti, Michigan 48198
Telephone: 734.358.7263

Jaclyn R. Giffen (P75316)
jgiffen@littler.com
Michelle S. Walsh (P83790)
mswalsh@littler.com
LITTLER MENDELSON, P.C.
500 Woodward Ave
Suite 2600
Detroit, Michigan 48226
Telephone: 313.446.6400
Fax No.: 313.446.6405

*Attorneys for Defendant*

---

## STIPULATED ORDER TO STAY MATTER FOR 60 DAYS

Plaintiff Nurgul Mukhamedina and Defendant Marathon Petroleum Company, LP, by and through their respective counsel, stipulate to entry of an Order staying the case for 60 days pending settlement discussions. While the parties are actively engaged in discussions, there is a delay in communication as Plaintiff is currently living out of the country. The stay is necessary to preserve Defendant's right to depose Plaintiff if the settlement discussions are not ultimately successful.

Thus, the case will stay until 60 days after the entry of this Order, dated by the Court below.

    **IT IS HEREBY ORDERED**

Dated: September 12, 2025　　　　　s/Elizabeth A. Stafford
　　　　　　　　　　　　　　　　　Honorable Elizabeth A. Stafford
　　　　　　　　　　　　　　　　　United States Magistrate Judge

    **So Stipulated:**

| | |
|---|---|
| */s/ Barbara A. Patek* | */s/ Jaclyn R. Giffen* |
| Barbara A. Patek (P34666) | Jaclyn R Giffen (P75316) |
| Limited Appearance for | jgiffen@littler.com |
| Plaintiff *pro se* | Michelle S. Walsh (P83790 |
| In her Capacity as Director | mswalsh@littler.com |
| Federal *Pro Se* Legal Assistance Clinic | LITTLER MENDELSON, P.C. |
| 231 W. Lafayette Blvd., #738 | |
| Detroit, MI 48226 | *Attorneys for Defendant* |
| 313-234-2690 | |
| | |
| proseclinic@udmercy.edu | |
| | |
| Dated: September 9, 2025 | Dated: September 9, 2025 |