UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NURGUL MUKHAMEDINA,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON PETROLEUM COMPANY, LP,<br><br>Defendant. | Case No. 24-12974<br>Honorable F. Kay Behm<br>Magistrate Judge Elizabeth A. Stafford |

**REPORT AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE**

Pro se Plaintiff Nurgul Mukhamedina sues Defendant Marathon Petroleum Company, LP (Marathon), asserting a claim under the Elliott Larsen Civil Rights Act. ECF No. 1-1. The Honorable F. Kay Behm referred the matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 11.

This Court ordered the parties to appear for a status conference on June 22, 2026, at 10:30 a.m. ECF No. 28. Counsel for Marathon appeared for the status conference but Mukhamedina failed to appear. This Court then ordered Mukhamedina "to **SHOW CAUSE**, in writing, by

**June 29, 2026,** why the Court should not dismiss this action without prejudice for failure to prosecute or failure to comply with this Court's orders." ECF No. 29. Mukhamedina did not respond to that show cause order. Thus, the Court **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: July 7, 2026

## NOTICE TO THE PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this report and recommendation, any party may serve and file specific written objections to this Court's findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). If a party fails to timely file specific objections, any further appeal is waived. *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991). And only the specific objections to this report and recommendation are preserved for appeal; all other objections are waived. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this report and recommendation to which it pertains. Within 14 days after service of

objections, **any non-objecting party must file a response** to the objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc. The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation. If the Court determines that any objections lack merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 7, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager