UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NURGUL MUKHAMEDINA,

      Plaintiff,

v.

MARATHON PETROLEUM
COMPANY, LP,

      Defendant.

_____/

Case No. 24-12974

F. Kay Behm
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE
JUDGE'S JULY 7, 2026, REPORT AND RECOMMENDATION
<u>(ECF No. 30)</u>**

This is an employment action brought *pro se* by Plaintiff Nurgul

Mukhemedina.  Before the court is Magistrate Judge Stafford's July 7,

2026 Report and Recommendation.  (ECF No. 30).  Magistrate Judge

Stafford recommends that the complaint be dismissed for failure to

prosecute and for failure to show cause when ordered.  The court is fully

advised in the premises and has reviewed the record and the pleadings.

No party has filed objections, which were due July 21, 2026.  "[T]he

failure to object to the magistrate judge's report[] releases the Court

from its duty to independently review the matter."  *Hall v. Rawal*, 2012

WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S.

140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition on the grounds stated in that report and recommendation.  The court will accept and adopt the Report and Recommendation (ECF No. 30) and therefore **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

     **SO ORDERED**.

Date: July 28, 2026                <u>s/F. Kay Behm</u>
                                          F. Kay Behm
                                          United States District Judge