UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NURGUL MUKHAMEDINA,                     Case No. 24-12974

     Plaintiff,                          F. Kay Behm
v.                                      United States District Judge

MARATHON PETROLEUM                      Elizabeth A. Stafford
COMPANY, LP,                            United States Magistrate Judge

     Defendant.
_____/

## **JUDGMENT**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the

court's order dismissing this case, this civil action is **DISMISSED**

**WITHOUT PREJUDICE**.

    **SO ORDERED**.

Date: July 28, 2026                    s/F. Kay Behm
                                       F. Kay Behm
                                       United States District Judge